JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELO DEMARCO, | CASE NO.:   2:20-cv-01501-RFB-EJY |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE INDIVIDUALS 1-10; and ROE CORPORATIONS 1-10; | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff, ANGELO DEMARCO, by and through his counsel of record, THE COTTLE FIRM, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney

/ / /

1

fees.

DATED this 7th day of December 2020.　　　DATED this 7th day of December 2020.

**THE COTTLE FIRM**　　　　　　　　　　**HARPER | SELIM**

*/s/ Matthew G. Holland*　　　　　　　　　 */s/ James E. Harper*

ROBERT W. COTTLE　　　　　　　　　　JAMES E. HARPER
Nevada Bar No. 4576　　　　　　　　　　 Nevada Bar No. 9822
MATTHEW G. HOLLAND　　　　　　　　1707 Village Center Circle, Suite 140
Nevada Bar No. 10370　　　　　　　　　　Las Vegas, NV 89130
8635 South Eastern Avenue　　　　　　　  Phone: (702) 948-9240
Las Vegas, NV 89123　　　　　　　　　　Fax:    (702) 778-6600
Phone: (702) 722-6111　　　　　　　　　  *Attorneys for Defendant*
Fax: (702) 834-8555
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **(ECF No. ___)** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 8th day of December, 2020.

2